IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARK T.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner, Social Security Administration,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 4:26-cv-00010-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Magistrate Judge Paul Kohler's Report and Recommendation[1] under 28 U.S.C. § 636(b)(1)(B) recommends AFFIRMING the Commissioner's decision denying Plaintiff MARK T.'s claim for social security disability benefits and supplemental security income.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[2] is adopted in its entirety. The Commissioner's decision is **AFFIRMED.**

[1] Docket no. 18, filed July 22, 2026.

[2] *Id*.

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and the Commissioner's decision is **AFFIRMED.**

The Clerk is directed to close the case.

Signed August 14, 2026.

BY THE COURT

David Nuffer
United States District Judge